UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAMES ANTHONY DAVIS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 08-4492** |
| **TEMIKIA MYERS A.K.A. MIA BLOCK** | **SECTION: "J"(1)** |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's federal civil rights complaint is **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B), but without prejudice to his right to assert a state law claim in an appropriate state court forum.

New Orleans, Louisiana, this 17th day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE